# EXHIBIT B



# Notice of Service of Process

S1C / ALL
Transmittal Number: 23678575
Date Processed: 08/25/2021

| | |
|---|---|
| Primary Contact: | WF West - WF Bank<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| Entity: | Wells Fargo Bank, National Association (Inc.)<br>Entity ID Number  2013649 |
| Entity Served: | Wells Fargo Bank National Bank Association, Inc. |
| Title of Action: | Master Lending Group, LLC vs. Truist Bank, Inc. f/k/a Suntrust Bank |
| Matter Name/ID: | Master Lending Group, LLC vs. Truist Bank, Inc. f/k/a Suntrust Bank (11512296) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Chatham County State Court, GA |
| Case/Reference No: | STCV21-01160 |
| Jurisdiction Served: | Georgia |
| Date Served on CSC: | 06/23/2021 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Dwight T. Feemster<br>912-236-6311 |
| Client Requested Information: | Matter Management User Groups: [Service of Process]<br>Routing Rules (CSC): R1663<br>Classification: Standard |
| Notes: | This service was originally processed with another service for this case.  It was noted while researching a subsequent service. |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of <u>Chatham</u> County

**For Clerk Use Only**
Date Filed <u>6/15/2021</u>
MM-DD-YYYY
Case Number <u>STCV21-01160</u>

**Plaintiff(s)**
Master Lending Group, LLC
Last / First / Middle I. / Suffix / Prefix

**Defendant(s)**
Truist Bank, Inc. f/k/a Sun Trust Bank
Last / First / Middle I. / Suffix / Prefix
Wells Fargo Bank National Association, Inc.
Last / First / Middle I. / Suffix / Prefix

Plaintiff's Attorney <u>Dwight Feemster</u>　Bar Number <u>257253</u>　Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____　_____
Case Number　　　　　　　Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18



IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

**MASTER LENDING GROUP, LLC**

**Plaintiff**

Civil Action No. STCV21-01160

V.

TRUIST BANK, INC f/k/a SUNTRUST
BANK AND WELLS FARGO BANK
NATIONAL ASSOCIATION, INC

### RULE 3.2 CERTIFICATION AND STANDING ORDER NOTICE

Pursuant to Rule 3.2 of the Uniform Superior Court Rules, I hereby certify that:

__X__ No case has heretofore been filed in the Superior Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

_____ This petition/pleading involves substantially the same parties or substantially the same subject matter or substantially the same factual issues as in case _____.

Respectfully submitted this __15__ of June 2021.

DUFFY & FEEMSTER, LLC

DWIGHT T. FEEMSTER
Georgia State Bar No. 257253
Attorney for Plaintiff

340 Eisenhower Drive
Suite 800, Second Floor
Savannah, Georgia 31406
Phone: (912) 236-6311
Fax: (912) 236-6423
Dwight@duffyfeemster.com



## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| MASTER LENDING GROUP, LLC | ) | |
| Plaintiff | ) | Civil Action No. STCV21-01160 |
| V. | ) | |
| TRUIST BANK, INC f/k/a SUNTRUST | ) | |
| BANK AND WELLS FARGO BANK | ) | |
| NATIONAL ASSOCIATION, INC | ) | |

### COMPLAINT

Comes now the Plaintiff Master Lending Group, LLC{[hereinafter "Master Lending "] and states its complaint against the Defendants Truist Bank Inc. f/k/a SunTrust Bank [ hereinafter "Truist"] and Wells Fargo Bank National Association, Inc.[hereinafter "Wells Fargo"]

### PARTIES, VENUE, AND JURISDICTION

1. Plaintiff Master Lending Group, LLC is a Georgia Corporation transacting business in Chatham County Georgia. Plaintiff is in the business of factoring accounts receivables.

2. Defendant Truist f/k/a SunTrust Bank is a North Carolina corporation doing business in Georgia as a foreign profit corporation. Defendant Truist at all times pertinent here to transacted business and had office in Chatham County Georgia and is therefore subject to the jurisdiction of this court. Defendant Truist can be served with a copy of the summons and complaint by service upon its registered agent Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092

3. The Defendant Wells Fargo is a California corporation doing business in Georgia as a foreign profit corporation. Defendant Wells Fargo at all times pertinent hereto transacted business and had an office in Chatham County Georgia and is therefore subject to



jurisdiction in this court. . Defendant Wells Fargo can be served with a copy of the summons and complaint by service upon its registered agent Corporation Service Company, 2 Sun Court ,Suite 400, Peachtree Corners , Georgia 30092

## FACTS

4. Plaintiff Master Lending maintained a checking account with SunTrust bank and account number xxxxxxxxx6810. {hereinafter " Master Account"]

5. Unknown to the Plaintiff, it's officers or directors, beginning in 2016 an employee of Plaintiff began preparing checks payable to known common payees of the Plaintiff's business drawn on Master Account and forged the authorized signature on the checks. None of these checks were payable to the employee . The employee would not record these checks in the plaintiffs accounting records therefore avoiding any evidence of the checks in the plaintiffs accounting system.

6. The employee would then deposit the checks in his account with Wells Fargo Bank without any endorsements in ATMs of Wells Fargo in Savannah GA.

7. Despite the fact that these checks had no endorsements on them the depository bank Wells Fargo would deposit the checks into the accounts of the employee and present the checks to SunTrust bank for payment.

8. Again, despite the lack of any endorsement and the presence of forged signatures of the purported payee the SunTrust bank would honor the checks , debit the Plaintiff's account therefore removing the funds from the Plaintiff's account and forwarding those funds to the Employees account .



## COUNT I

Plaintiff incorporates by reference paragraphs one through eight of its complaint as it reaalleged herein verbatim.

9. At all times pertinent here the Defendant Truist failed to exercise ordinary care in the payment of the items presented without any endorsement and forged signatures. This failure to exercise ordinary care substantially contributed to the plaintiff's loss. Furthermore, the Defendants Truist did not pay the items as presented by Wells Fargo without an endorsement in good faith.

## COUNT II

Plaintiff incorporates by reference paragraphs one through nine of its complaint as it reaalleged herein verbatim.

10. At all times pertinent here the Defendant Wells Fargo failed to exercise ordinary care in the payment of the items presented without any endorsement and forged signatures. This failure to exercise ordinary care substantially contributed to the plaintiff's loss. Furthermore, the Defendants Wells Fargo did not pay the items as presented by the employee without an endorsement in good faith.

## COUNT III

Plaintiff incorporates by reference paragraphs one through ten of its complaint as it reaalleged herein verbatim.

11. At all times pertinent hereto the Defendant Wells Fargo in accepting unendorsed checks drawn on the Master Account for deposit and submitting them to SunTrust for payment out of the Plaintiffs Master account breached its duty, contract, and warranty of title to the Plaintiff thus causing damage to the Plaintiff.

## COUNT IV

Plaintiff incorporates by reference paragraphs one through eleven of its complaint as it reaalleged herein verbatim.

12. Defendants have acted in bath faith in the transaction, have been stubbornly litigious and have caused the Plaintiff much trouble and expense and therefore the Plaintiff is entitled to an award of attorney's fees and expenses of litigation.

Wherefore with the Plaintiff Master Lending prays for judgment against the Defendants Truist and Wells Fargo in the amount equal to the value of the items paid from the Plaintiffs account on forged payee signatures and with complete absence of endorsements and an award of attorney's fees and expense of litigation.

Respectfully submitted this day of June 15, 2021

DUFFY & FEEMSTER, LLC

DWIGHT T. FEEMSTER
Georgia State Bar No. 257253
*Attorney for Plaintiff*

340 Eisenhower Drive
Suite 800, Second Floor
Savannah, GA 31406
Phone: (912) 236-6311
Fax: (912) 236-6423
Dwight@duffyfeemster.com



## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

**MASTER LENDING GROUP, LLC**

**Plaintiff**

Civil Action No. STCV21-01160

V.

**TRUIST BANK, INC f/k/a SUNTRUST BANK AND WELLS FARGO BANK NATIONAL ASSOCIATION, INC**

### SUMMONS

TO:

    Wells Fargo Bank National Bank Association, Inc.
    c/o Corporation Service Company
    2 Sun Court
    Suite 400
    Peachtree Corners, Georgia 30092

You are hereby summoned and required to file with the clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

    Dwight T. Feemster, Esq.
    DUFFY & FEEMSTER, LLC
    340 Eisenhower Drive, Ste 800
    Savannah, GA 31406

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgement by default will be taken against you for the relief demanded in the complaint.

This _____ day of June, 2021.

                CLERK, STATE COURT
                CHATHAM COUNTY, GEORGIA

                BY: /s/ Moneisha Green
                        Deputy Clerk

# In The State Court of Chatham County

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

Return of Service in the matter of:

Case Number **STCV21-01160**

Master Lending Group, LLC

Vs          Plaintiff(s)

Truist Bank, Inc. f/k/a Sun Trust Bank
         Defendant(s)

Wells Fargo Bank National Association, Inc.
         Garnishee

Cause of Action **Other General Civil**

**Dwight Feemster, Attorney**
Plaintiff or Plaintiff's Attorney)

**NAME and ADDRESS of the PERSON TO BE SERVED**

Wells Fargo Bank, National Bank Association, Inc.

2 Sun Court, Suite 400

Peachtree Corners, GA 30092

## SHERIFF'S RETURN OF SERVICE

I do hereby certify that I am a duly sworn sheriff / deputy sheriff; that I have made a diligent search of the jurisdiction and report the result of that effort below, pursuant to OCGA 9-11-4.

I further certify that on the _____ day of _____, 20 __ I did serve the summons and complaint on the above named defendant at _____ (Street Address) _____ (City / State / Zip) a place, by:

[ ] **PERSONAL SERVICE** I have this day served the Defendant, _____ with a true copy of the within petition and summons.

[ ] **RESIDENTIAL SERVICE** I have this day served the Defendant, _____ with Sui Juris, a true copy of the within petition and summons by serving same upon _____, a person, residing residing within the premises.

[✓] **CORPORATE SERVICE** I have this day served the Defendant, *Wells Fargo Bank National Association, Inc.* a corporation, with a true copy of the within petition and summons by handing the same in person to *Alisha Smith P.R.* officer of the corporation.

[ ] **TACKED AND MAILED SERVICE** I have this day executed the within Affidavit and Summons by tacking a copy of the within process on the door of the premises designated in said action and also by depositing a true copy thereof in the United States mail in a properly addressed envelope marked for the Defendant at his last known address with sufficient postage affixed thereto.

[ ] **GARNISHEE** I have this day served the Summons of garnishment upon _____ by handing the original of same to _____, a person, at _____, he/she being the _____ and agent in charge of _____ at the time of service in Chatham County.

[ ] **MAILED SERVICE** This is to certify that I have this day served the defendant, _____ with a copy of the within Affidavit and Summons by depositing a copy thereof in the United States mail, in an envelope properly addressed to the defendant at his last known address as shown in said Affidavit, with adequate postage affixed thereon.

[ ] **DILIGENT SEARCH** Diligent search was made and Defendant is not to be found in the jurisdiction, Chatham County.

Sheriff / Deputy Sheriff, _____ County, Georgia

PRINT          CLERK'S COPY          23. Sheriff's Entry of Service 09-11



# In The State Court of Chatham County

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

Record ID 21017309

**Return of Service in the matter of:**

Case Number **STCV21-01160**

Master Lending Group, LLC

**Vs** Plaintiff(s)

Cause of Action **Other General Civil**

**Dwight Feemster, Attorney**

Plaintiff or Plaintiff's Attorney)

Truist Bank, Inc. f/k/a Sun Trust Bank

Defendant(s)

**NAME and ADDRESS of the PERSON TO BE SERVED**

Truist Bank, Inc. c/o Corporation Service Company

Wells Fargo Bank National Association, Inc.

2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Garnishee

## SHERIFF'S RETURN OF SERVICE

I do hereby certify that I am a duly sworn sheriff / deputy sheriff; that I have made a diligent search of the jurisdiction and report the result of that effort below, pursuant to OCGA 9-11-4.

I further certify that on the __23__ day of __June__, 20__21__ I did serve the summons and complaint on the above named defendant at _____ (Street Address) _____ (City / State / Zip) a place, by:

☐ **PERSONAL SERVICE** I have this day served the Defendant, _____ with a true copy of the within petition and summons.

☐ **RESIDENTIAL SERVICE** I have this day served the Defendant, _____ with Sui Juris, a true copy of the within petition and summons by serving same upon _____, a person, residing residing within the premises.

☑ **CORPORATE SERVICE** I have this day served the Defendant, __Truist Bank Inc__ a corporation, with a true copy of the within petition and summons by handing the same in person to __Alisha Smith R.A.__ officer of the corporation.

☐ **TACKED AND MAILED SERVICE** I have this day executed the within Affidavit and Summons by tacking a copy of the within process on the door of the premises designated in said action and also by depositing a true copy thereof in the United States mail in a properly addressed envelope marked for the Defendant at his last known address with sufficient postage affixed thereto.

☐ **GARNISHEE** I have this day served the Summons of garnishment upon _____ by handing the original of same to _____, a person, at _____, he/she being the _____ and agent in charge of _____ at the time of service in Chatham County.

☐ **MAILED SERVICE** This is to certify that I have this day served the defendant, _____ with a copy of the within Affidavit and Summons by depositing a copy thereof in the United States mail, in an envelope properly addressed to the defendant at his last known address as shown in said Affidavit, with adequate postage affixed thereon.

☐ **DILIGENT SEARCH** Diligent search was made and Defendant is not to be found in the jurisdiction, Chatham County.

__M. Diaz 5076__

Sheriff / Deputy Sheriff, __Gwinnett__ County, Georgia

PRINT        CLERK'S COPY        23. Sheriff's Entry of Service 09-11

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 8/10/2021 11:39 AM



# In The State Court of Chatham County

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

Return of Service in the matter of:

Record ID **21017320**

Case Number **STCV21-01160**

**Master Lending Group, LLC**
Plaintiff(s)

Vs

**Truist Bank, Inc. f/k/a Sun Trust Bank**
Defendant(s)

**Wells Fargo Bank National Association, Inc.**

Garnishee

Cause of Action **Other General Civil**

**Dwight Feemster, Attorney**
Plaintiff or Plaintiff's Attorney)

*NAME and ADDRESS of the PERSON TO BE SERVED*

Wells Fargo Bank, National Bank Association, Inc.

2 Sun Court, Suite 400

Peachtree Corners, GA 30092

## SHERIFF'S RETURN OF SERVICE

I do hereby certify that I am a duly sworn sheriff / deputy sheriff; that I have made a diligent search of the jurisdiction and report the result of that effort below, pursuant to OCGA 9-11-4.

I further certify that on the **23rd** day of **June**, 20**21** I did serve the summons and complaint on the above named defendant at _____ (Street Address) _____ (City / State / Zip) a place, by:

[ ] **PERSONAL SERVICE** I have this day served the Defendant, _____ with a true copy of the within petition and summons.

[ ] **RESIDENTIAL SERVICE** I have this day served the Defendant, _____ with Sui Juris, a true copy of the within petition and summons by serving same upon _____, a person, residing within the premises.

[✓] **CORPORATE SERVICE** I have this day served the Defendant, **Wells Fargo Bank, National Association, Inc. Bank** a corporation, with a true copy of the within petition and summons by handing the same in person to **Alisha Smith R.A.** officer of the corporation.

[ ] **TACKED AND MAILED SERVICE** I have this day executed the within Affidavit and Summons by tacking a copy of the within process on the door of the premises designated in said action and also by depositing a true copy thereof in the United States mail in a properly addressed envelope marked for the Defendant at his last known address with sufficient postage affixed thereto.

[ ] **GARNISHEE** I have this day served the Summons of garnishment upon _____ by handing the original of same to _____, a person, at _____, he/she being the _____ and agent in charge of _____ at the time of service in Chatham County.

[ ] **MAILED SERVICE** This is to certify that I have this day served the defendant, _____ with a copy of the within Affidavit and Summons by depositing a copy thereof in the United States mail, in an envelope properly addressed to the defendant at his last known address as shown in said Affidavit, with adequate postage affixed thereon.

[ ] **DILIGENT SEARCH** Diligent search was made and Defendant is not to be found in the jurisdiction, Chatham County.

**M. Diaz**  501763
Sheriff / Deputy Sheriff, **Gwinnett** County, Georgia

CLERK'S COPY

23. Sheriff's Entry of Service 09-11



# IN THE STATE COURT OF CHATHAM COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| MASTER LENDING GROUP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUIST BANK, INC. and WELLS FARGO )<br>NATIONAL BANK ASSOCIATION, INC., )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. STCV21-01160 |

## NOTICE OF APPEARANCE

Joseph H. Stuhrenberg, of Burr & Forman LLP, without waiving any of his clients' rights, objections, or defenses in this matter, hereby gives notice of his appearance as counsel for Defendants Truist Bank, Inc. and Wells Fargo Bank National Association, Inc in the above-styled action.

Respectfully submitted, this 3rd day of September, 2021.

/s/ Joseph H. Stuhrenberg
Joseph H. Stuhrenberg
Georgia Bar No. 398537
jstuhrenberg@burr.com
*Attorney for Defendants Truist Bank, Inc. and Wells Fargo National Bank Association, Inc.*

**BURR & FORMAN LLP**
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

46267088 v1



# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2021, I served a copy of the foregoing **NOTICE OF APPEARANCE** on the following by U.S. Mail:

Dwight T. Feemster
DUFFY & FEEMSTER, LLC
340 Eisenhower Drive
Suite 800, Second Floor
Savannah, GA 31406

> */s/ Joseph H. Stuhrenberg*
> Joseph H. Stuhrenberg
> Georgia Bar No. 398537
> jstuhrenberg@burr.com
> *Attorney for Truist Bank, Inc. and Wells Fargo National Bank Association, Inc.*

**BURR & FORMAN LLP**
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244



# IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MASTER LENDING GROUP, LLC, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> TRUIST BANK, INC. and WELLS FARGO ) <br> NATIONAL BANK ASSOCIATION, INC., ) <br> ) <br> **Defendants.** ) | CIVIL ACTION <br> FILE NO. STCV21-01160 |

## RULE 5.2 CERTIFICATE OF SERVICE

Defendants Truist Bank, Inc. and Wells Fargo Bank National Association, Inc., pursuant to Uniform Superior Court Rule 5.2, hereby file this certificate of service, showing the Court that, on September 3, 2021, via U.S. Mail, postage pre-paid, Defendants served the following:

1. Defendants' First Request for Admissions to Plaintiff.

2. Defendants' First Interrogatories and Requests for Production to Plaintiff.

/s/ Joseph H. Stuhrenberg
Joseph H. Stuhrenberg
Georgia Bar No. 398537
jstuhrenberg@burr.com
*Attorney for Defendants Truist Bank, Inc.
and Wells Fargo National Bank Association,
Inc.*

**BURR & FORMAN LLP**
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

46267201 v1



# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2021, I served a copy of the foregoing **RULE 5.2 CERTIFICATE OF SERVICE** on the following by U.S. Mail:

Dwight T. Feemster
DUFFY & FEEMSTER, LLC
340 Eisenhower Drive
Suite 800, Second Floor
Savannah, GA 31406

/s/ *Joseph H. Stuhrenberg*
Joseph H. Stuhrenberg
Georgia Bar No. 398537
jstuhrenberg@burr.com
*Attorney for Truist Bank, Inc. and Wells Fargo National Bank Association, Inc.*

**BURR & FORMAN LLP**
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244



# IN THE STATE COURT OF CHATHAM COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| MASTER LENDING GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. STCV21-01160 |
| TRUIST BANK, INC. and WELLS FARGO ) | |
| BANK NATIONAL ASSOCIATION, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

Plaintiff Master Lending Group, LLC and Defendants Truist Bank, Inc. and Wells Fargo Bank National Association, Inc., pursuant to O.C.G.A. § 9-11-6(b), hereby stipulate that the time in which Defendants must file and serve their answers and/or other responsive pleadings and/or motions in response to Plaintiff's Complaint is hereby extended through and including **September 17, 2021**. Plaintiff and Defendants further stipulate that all parties reserve all rights, claims, and defenses and none of the parties waive any rights, claims, or defenses.

Respectfully submitted, this 9th day of September, 2021.

/s/ Joseph H. Stuhrenberg
Joseph H. Stuhrenberg
Georgia Bar No. 398537
jstuhrenberg@burr.com
*Attorney for Defendants Truist Bank, Inc. and Wells Fargo Bank National Association, Inc.*

[*signatures continued on following page*]

46287897 v2



**BURR & FORMAN LLP**
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

                                                                      /s/ Dwight T. Feemster
(*with express permission by Joseph H. Stuhrenberg*)
Dwight T. Feemster
Georgia Bar No. 257253
dwight@duffyfeemster.com
*Attorney for Plaintiff Master Lending Group, LLC*

**DUFFY & FEEMSTER, LLC**
340 Eisenhower Drive
Suite 800, Second Floor
Savannah, GA 31406
Telephone: (912) 236-6311
Facsimile: (912) 236-6423



## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2021, a copy of the foregoing **STIPULATION** has been electronically filed using the Odyssey e-file system, which will automatically send notification of such filing to the following counsel of record:

Dwight T. Feemster
DUFFY & FEEMSTER, LLC
340 Eisenhower Drive
Suite 800, Second Floor
Savannah, GA 31406

/s/ *Joseph H. Stuhrenberg*
Joseph H. Stuhrenberg
Georgia Bar No. 398537
jstuhrenberg@burr.com
*Attorney for Defendants Truist Bank, Inc. and Wells Fargo Bank National Association, Inc.*

**BURR & FORMAN LLP**
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

46287897 v2

3