# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MASTER LENDING GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 4:21-cv-263 |
| TRUIST BANK and WELLS FARGO ) | |
| BANK NATIONAL ASSOCIATION, ) | |
| INC., ) | |
| ) | |
| Defendants. | |

## [PROPOSED] ORDER

Having fully considered the Motion for Leave to File Third-Party Complaint filed by Defendants Truist Bank ("Truist") and Wells Fargo Bank National Association, Inc. ("Wells Fargo"), and for good cause shown,

IT IS HEREBY ORDERED that said Motion is **GRANTED**, and Truist and Wells Fargo are permitted to file their Third-Party Complaint in substantially the same form as attached to their Motion as Exhibit "A." Upon the filing of Truist and Wells Fargo's Third-Party Complaint, the Clerk of Court is directed to issue a Summons to Third-Party Defendant Hirsch & Tucker, LLC, as provided by law.

**SO ORDERED**, this _____ day of _____, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

*Prepared and presented by*:

*/s/ Victor L. Hayslip*
Victor L. Hayslip,
Admitted *Pro Hac Vice*
vhayslip@burr.com
Benjamin B. Coulter,
Admitted *Pro Hac Vice*
bcoulter@burr.com
Kevin R. Stone
Georgia Bar No. 830640
kstone@burr.com
Joseph H. Stuhrenberg
Georgia Bar No. 398537
jstuhrenberg@burr.com

*Attorneys for Defendants Truist Bank and
Wells Fargo Bank National Association, Inc.*

**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244