IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MASTER LENDING GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUIST BANK; and WELLS FARGO BANK NATIONAL ASSOCIATION, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 4:21-cv-263 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice, which was signed and filed by counsel for Plaintiff and counsel for both Defendants on February 10, 2022.  (Doc. 28.) Therein, the parties, citing Federal Rule of Civil Procedure 41(a)(1)(A)(ii) "stipulate and agree" to the dismissal, with prejudice, of all claims asserted by Plaintiff against Defendant Wells Fargo Bank National Association, Inc., with all parties to bear their own costs, expenses, and fees.[1]  (Id.) Pursuant to Federal Rules of Civil Procedure 21 and 41(a), the Court **GRANTS** the parties' request, (id.), and **DISMISSES** Defendant Wells Fargo Bank National Association, Inc., **WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees.  The Court **DIRECTS** the Clerk of Court to **TERMINATE** Wells Fargo Bank National Association, Inc., from this case and to **UPDATE** the docket accordingly.

**SO ORDERED**, this 22nd day of February, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Master Lending's action against Defendant Truist Bank, however, is to remain pending.