UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MASTER LENDING GROUP, LLC,
  Plaintiff,

vs.                                    CASE NO. 4:21-cv-263

TRUIST BANK,
  Defendant/Third-Party Plaintiff

vs.

HIRSCH & TUCKER, LLC
  Third-Party Defendant

**THIRD-PARTY DEFENDANT HIRSCH & TUCKER, LLC'S DISCLOSURE STATEMENT OF INTERESTED PARTIES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 1. AND S.D. Ga. LR 7.1.1**

The undersigned, counsel of record for Hirsch & Tucker, LLC certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Master Lending Group, LLC | Plaintiff |
| Truist Bank | Defendant/Third-Party Plaintiff |
| Hirsch & Tucker, LLC | Third-Party Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|
| Master Lending Group, LLC | Greg Hirsch - sole member |
| Truist Bank | unknown |
| Hirsch & Tucker, LLC | Greg Hirsch and Jeff Tucker - members |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

Name  Unknown          Identification & Relationship

Respectfully submitted, this 30th day of March, 2022.

_____
Thomas A. Nash, Jr., Esq.
Counsel for Hirsch & Tucker, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2022, I electronically filed the foregoing THIRD-PARTY DEFENDANT HIRSCH & TUCKER, LLC'S DISCLOSURE STATEMENT OF INTERESTED PARTIES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES 1. AND S.D. Ga. LR 7.1.1 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Dwight T. Feemster, Esquire
DUFFY & FEEMSTER, LLC
340 Eisenhower Drive
Suite 800, Second Floor
Savannah, Georgia 31406

Jeffrey W. DeLoach, Esquire
EPPS, HOLLOWAY, DELOACH &
HOIPKEMIER, LLC
1220 Langford Drive
Building 200, Suite 101
Watkinsville, Georgia 30677

Victor L. Hayslip, Esquire
Benjamin B. Coulter, Esquire
Kevin R. Stone, Esquire
Joseph H. Stuhrenberg, Esquire
BURR & FORMAN LLP
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363

This 30th day of March, 2022.

NASH LAW FIRM, P.C.
340 Eisenhower Drive, Suite 800
Savannah, GA 31406
(912) 527-7000
fax: (912) 527-7900
tnash@nashlawfirm.com

_____
Thomas A. Nash, Jr.
(Georgia Bar No. 535150)
*Counsel for Third-Party Defendant*