IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MASTER LENDING GROUP, LLC, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-263 |
| v. | |
| TRUIST BANK, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| HIRSCH & TUCKER, LLC, | |
| Third-Party Defendant. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal with Prejudice signed and filed by counsel for all parties to this case on September 13, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims (including third-party claims) against all parties, with each party to bear their own costs, expenses and fees.  (Doc. 50.)    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 20th day of September, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA